CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NAVEEN KURASWAMY,

                Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.

Case No. 3:25-cv-11055-TSH

**STIPULATION TO STAY PROCEEDINGS; ORDER**

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until May 12, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this action seeking adjudication of Plaintiff's Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status.  On February 24, 2026, United States Citizenship and Immigration Services ("USCIS") adjudicated Plaintiff's Form I-526 petition. USCIS will need additional time to review Plaintiff's Form I-485 application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed

Stipulation to Stay
C 3:25-cv-11055-TSH                1

until May 12, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 26, 2026                    Respectfully submitted[1],

                                            CRAIG H. MISSAKIAN
                                            United States Attorney


                                             /s/ Molly A. Friend
                                            MOLLY A. FRIEND
                                            Assistant United States Attorney
                                            Attorneys for Defendants


Dated: February 26, 2026

                                            /s/ Kristina David
                                            KRISTINA DAVID
                                            David Strashnov Law, P.C.
                                            Attorneys for Plaintiff


                                    **ORDER**

            Pursuant to stipulation, IT IS SO ORDERED.


Date: February 27, 2026

                                            HON. THOMAS S. HIXSON
                                            United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 3:25-cv-11055-TSH                          2