CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVEEN KUMARASWAMY,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                    Defendant. | Case No. 3:25-cv-11055-TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO LIFT STAY OF PROCEEDINGS; ORDER** |

The parties submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. On February 27, 2026, the Court granted the parties' request to stay the proceeding. Dkt. No. 13. The parties conferred and request the stay in this case be lifted and the case be placed on the Court's active docket.  The parties propose the following briefing schedule:

1.      Defendants will file their response to Plaintiff's complaint by June 11, 2026.

2.      Defendants will file their motion for summary judgment by July 13, 2026.

3.      Plaintiff will file his cross-motion for summary judgment and opposition to Defendants' motion by August 12, 2026.

Joint Status Report and Stipulation
Case No. 3:25-cv-11055-TSH                    1

4.    Defendants will file their reply and opposition to Plaintiff's motion by August 26, 2026.

5.    Plaintiff will file his reply by September 9, 2026.

6.    The parties will notice their cross motions for summary judgment for a hearing on September 24, 2026, at 10:00 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: May 12, 2026                                  Respectfully submitted,[1]

                                                     CRAIG H. MISSAKIAN
                                                     United States Attorney


                                                     */s/ Molly A. Friend*
                                                     MOLLY A. FRIEND
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants


Dated: May 12, 2026                                  */s/ Kristina David*
                                                     KRISTINA DAVID
                                                     David Strashnov Law, P.C.
                                                     Attorneys for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 12, 2026

                                                     _____
                                                     HON. THOMAS S. HIXSON
                                                     United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
Case No. 3:25-cv-11055-TSH                        2