CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVEEN KUMARSWAMY,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>                Defendant. | Case No. 3:25-cv-11055-TSH<br><br>**PARTIES' STIPULATION TO A REVISED<br>BRIEFING SCHEDULE; ORDER** |

On May 12, 2026, the Court lifted the stay of proceedings and granted the parties' stipulation to a briefing schedule. Dkt. No. 15. On June 11, 2026, Defendants filed their answer to Plaintiff's complaint. Dkt. No. 16. The parties stipulate and respectfully request the Court to grant the parties' revised briefing schedule:

1.    Defendant will file their motion for summary judgment by August 4, 2026.

2.    Plaintiff will file his cross-motion for summary judgment and opposition to Defendant's motion by September 3, 2026.

3.    Defendant will file their reply and opposition to Plaintiff's motion for summary judgment by September 17, 2026.

Stipulation
Case No. 3:24-cv-11055-TSH                                1

4.    Plaintiff will file his reply by October 1, 2026.

5.    The parties will re-notice their cross motions for summary judgment currently scheduled for September 24, 2026, at 10:00 a.m., to October 15, 2026, at 10:00 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated:  July 13, 2026                                    Respectfully submitted,[1]

CRAIG H. MISSAKIAN
Acting United States Attorney


 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated:  July 13, 2026

 /s/ Kristina David
KRISTINA DAVID
David Strashnov Law, P.C.
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 13, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:24-cv-11055-TSH                              2